**United States District Court**
For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  UNITED STATES OF AMERICA,                No. CR 08-0919 WHA
11         Plaintiff,
12    v.                                     **ORDER RE HEARING
                                             ON MOTION FOR
13  JUBENAL AMEZOLA, JR.,                    TRIAL CONTINUANCE**
14         Defendant.
15  _____/

16      The motion for a trial continuance for defendant Jubenal Amezola will be heard on
17  **TUESDAY, JUNE 16, 2009, AT 2:00 P.M.** All trial counsel and defendants *including*
18  *Attorney Hernandez* — must attend. Any memoranda must be filed by **MONDAY, JUNE 15 AT**
19  **NOON**. Even if a trial continuance is granted as to one defendant, it is highly likely that all other
20  defendants will be tried as now scheduled. In the meantime, all counsel must be readying
21  themselves for trial as scheduled.
22
23      **IT IS SO ORDERED.**
24
25  Dated: June 10, 2009.
                                             /s/ Wm. Alsup
26                                           WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE
27
28