1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7

8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,

11                                               No. CR 08-0919 WHA
            Plaintiff,

12
     v.
13                                               **ORDER REGARDING
     JUBENAL AMEZOLA, JR.,                        DEFENDANT'S MOTION
14                                                TO SET ASIDE AND
            Defendant.                            VACATE HIS SENTENCE**
15   _____/

16          Defendant has moved to set aside and vacate his sentence.  This motion was filed on the

17   public docket, but it was submitted by Mr. Amezola himself, not his counsel.  Defense counsel

18   and the government are ordered to respond to defendant's motion by **NOVEMBER 24, 2010, AT**

19   **NOON**.  Depending on these submissions, a hearing date may be set at that time.  Defense

20   counsel is ordered to send a copy of this order to defendant.

21

22          **IT IS SO ORDERED.**

23

24   Dated:  November 5, 2010.                    _____
                                                  WILLIAM ALSUP
25                                                UNITED STATES DISTRICT JUDGE

26

27

28

*United States District Court*

For the Northern District of California