**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00919 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR PROBATION AND GOVERNMENT RESPONSE** |
| JUBENAL AMEZOLA, | |
| Defendant. | |

Defendant Jubenal Amezola has filed a motion to reduce his sentence under Amendment 782 to the United States Sentencing Guidelines. The probation department and the government are requested to respond by **OCTOBER 5, 2015.**

Dated: September 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE